ARTHUR G. WOODWARD (SBN: 142914)
REYNOLDS MADDUX WOODWARD LLP
500 Auburn Folsom Road, Suite 210
Auburn, CA  95603
Telephone: (530) 885-8500
Facsimile: (530) 885-8113
Email:  awoodward@rmwlawllp.com

Attorneys for Defendants K.O.O. CONSTRUCTION, INC., a California corporation; and KEITH ODISTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>K.O.O. CONSTRUCTION, INC., a California corporation; and KEITH ODISTER, an individual, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-00518<br><br>**DEFENDANTS K.O.O. CONSTRUCTION INC.'S AND KEITH ODISTER'S COUNSEL'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>**Date: April 29, 2016**<br>**Time: 2:00 p.m.**<br>**Courtroom:  G** |

   Counsel for Defendants K.O.O. Construction, Inc. and Keith Odister hereby requests to appear telephonically at the April 29, 2016 case management conference.  Defendants' counsel's office is in Placer County, approximately 120 miles from the Court.

Dated: April 20, 2016                    Respectfully submitted,

                           REYNOLDS MADDUX WOODWARD LLP


                           By:   *s/Arthur G. Woodward*
                              Arthur G. Woodward
                              Attorney for Defendants

---

1

DEFENDANTS K.O.O. CONSTRUCTION, INC.'S AND KEITH ODISTER'S REQUEST FOR TELEPHONIC APPEARANCE

1  Counsel must be on phone standby and await the Court's call.  If counsel has a direct land
~~SO ORDERED.~~ line number, he shall email that number to the clerk at

2  JCSCRD@cand.uscourts.gov .

3  Dated: 4/21/16



UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **K.O.O. Construction, Inc.'s and Keith Odister's Counsel's Request for Telephonic Appearance at Case Management Conference; [Proposed] Order** was served on April 20, 2016 via the Court's CM/ECF system, to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those who are non-registered participants (if any).

                                        */s/Janna Ruth*
                                        Janna Ruth