ARTHUR G. WOODWARD (SBN: 142914)
REYNOLDS MADDUX WOODWARD LLP
500 Auburn Folsom Road, Suite 210
Auburn, CA  95603
Telephone: (530) 885-8500
Facsimile: (530) 885-8113
Email:  awoodward@rmwlawllp.com

Attorneys for Defendants K.O.O. CONSTRUCTION, INC., a California corporation; and KEITH ODISTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>K.O.O. CONSTRUCTION, INC., a California corporation; and KEITH ODISTER, an individual, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-00518<br><br>**DEFENDANTS K.O.O. CONSTRUCTION INC.'S AND KEITH ODISTER'S COUNSEL'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Date: July 15, 2016<br>Time: 2:00 p.m.<br>Courtroom:  G |

Counsel for Defendants K.O.O. Construction, Inc. and Keith Odister hereby requests to appear telephonically at the July 15, 2016 case management conference.  Defendants' counsel's office is in Placer County, approximately 120 miles from the Court.

Dated:  June 21, 2016                             Respectfully submitted,

                                              REYNOLDS MADDUX WOODWARD LLP

                                              By:   *s/Arthur G. Woodward*
                                                   Arthur G. Woodward
                                                 Attorney for Defendants

Case 3:16-cv-00518-JCS   Document 43   Filed 06/22/16   Page 2 of 3

1  SO ORDERED.

2

3  Dated:  6/22/16



_____
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

2
DEFENDANTS K.O.O. CONSTRUCTION, INC.'S AND KEITH ODISTER'S REQUEST FOR TELEPHONIC APPEARANCE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **K.O.O. Construction, Inc.'s and Keith Odister's Counsel's Request for Telephonic Appearance at Case Management Conference; [Proposed] Order** was served on June 21, 2016 via the Court's CM/ECF system, to all registered participants as identified on the Notice of Electronic Filing.

*/s/Janna Ruth*
Janna Ruth