| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Andrew Van Ornum (Bar No. 214040)<br>Varela, Lee, Metz & Guarino, LLP<br>333 Bush Street, Suite 1500, San Francisco, CA 94104<br>TELEPHONE NO. : 415/623-7000 | |

E-MAIL ADDRESS *(Optional):*       FAX NO. *(Optional):*

ATTORNEY FOR *(Name):* Plaintiff Travelers Casualty Surety Company of America

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: U.S. District Court, Northern District
MAILING ADDRESS: 450 Golden Gate Ave.
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: U.S. District Court, Northern District of California

PLAINTIFF: Travelers Casualty Surety Company of America

DEFENDANT: KOO Construction, Inc.,

| **WRIT OF ATTACHMENT**<br>[✓] **AFTER HEARING**     [ ] **EX PARTE** | CASE NUMBER:<br>3:16-cv-00518-JCS |
|---|---|

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: Northern District CA

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address):* K.O.O. Construction, Inc.

    and the attachment is to secure: $ 2,743,193.81

4. Name and address of plaintiff: Travelers Casualty Surety Company of America
         c/o Andrew Van Ornum
         333 Bush Street, Suite 1500, San Francisco, CA 94104

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter):*

    [✓] This information is on an attached sheet.

6. [ ] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
    a. Name:
    b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify):*

7. [ ] The real property on which the
    [ ] crops described in item 5 __ are growing
    [ ] timber described in item 5 __ to be cut is standing stands upon the records of the county in the name of
    a. Name:
    b. Address:

[SEAL]

SUSAN Y. SOONG
MARK ROMYN

Date: 8/8/2017     Clerk, by _____, Deputy

Page 1 of 1

Form Approved for Optional Use<br>Judicial Council of California<br>AT-135 [Rev. January 1, 2003]

**WRIT OF ATTACHMENT**
**(Attachment)**

Code of Civ. Proc., § 488.010

Michael Timpane (SBN 115238)
Teresa L. Polk (SBN 111975)
**SALAMIRAD, MORROW, TIMPANE & DUNN LLP**
1999 Harrison Street, Suite 660
Oakland, California 94612-3584
Tel: (510) 907-3245
Fax:(510) 285-6052
mt@smtdlaw.com; tp@smtdlaw.com

Andrew Van Ornum (SBN 214040)
Paul H. Kim (SBN 276403)
**VARELA, LEE, METZ & GUARINO, LLP**
333 Bush Street, Suite 1500
San Francisco, California 94104
Tel: (415) 623-7000
Fax: (415) 623-7001
avanornum@vlmglaw.com

Attorneys for Plaintiff
Travelers Casualty and Surety Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>K.O.O. CONSTRUCTION, INC., a California corporation; and KEITH ODISTER, an individual, inclusive,<br><br>Defendants. | Case No.  3:16-cv-00518<br><br>[PROPOSED] ORDER ON TRAVELERS CASUALTY AND SURETY COMPANY'S MOTION TO AMEND ORDER GRANTING RIGHT TO ATTACH<br><br>**Date:**      April 21, 2017<br>**Time:**      9:30 a.m.<br>**Location:**  Courtroom G<br>**Address:**   450 Golden Gate Ave., 15th Floor<br>                     San Francisco, CA 94102 |

1    Having read and considered Travelers Casualty and Surety Company of America's

2   ("Travelers") Motion to Amend the December 16, 2016, Right to Attach Order, and good cause

3   appearing therefore, IT IS HEREBY ORDERED that:

4        1.    The motion is GRANTED.

5        2.    The Court finds Defendant K.O.O. Construction, Inc. is a corporation. The Court

6   finds Defendant Keith Odister is a natural person and that the KEITH O. ODISTER TRUST,

7   established on May 15, 2008 is a revocable trust pursuant to Probate Code section 18200 and

8   therefore subject to levy by Travelers as creditor of Keith Odister.

9        3.    The claim upon which the application is based is one upon which an attachment may

10  be issued. Travelers has established the probable validity of the claim upon which the attachment

11  is based. The attachment is not sought for a purpose other than the recovery on the claim upon

12  which the attachment is based. The amount to be secured by the attachment is greater than zero.

13       4.    Plaintiff has a right to attach property of Defendants K.O.O. Construction, Inc.,

14  Keith Odister, and any property held by Keith O. Odister, as trustee of the Keith O. Odister Trust,

15  established 15 May, 2008 ("Odister Trust"), in the amount of $2,743,193.81.

16       5.    The clerk shall issue a writ of attachment in the amount of $2,743,193.81 forthwith

17  for any property of K.O.O. Construction, Inc. for which a method of levy is provided.

18       6.    The clerk shall issue a writ of attachment in the amount of $2,743,193.81 for the

19  property of Defendant Keith Odister and any property of the Odister Trust, that is subject to

20  attachment under California Code of Civil Procedure section 487.010:

21            a.    All right, title and interest of defendant Keith Odister, in his own name or in

22  the name of the Odister Trust, in the following real property and in any other real property in which

23  said defendant holds a right, title or interest pursuant to California Code of Civil Procedure section

24  487.010(c)(1):

25

| Address | County | APN |
|---------|--------|-----|
| 1. 3901 Fair Oaks Blvd., Sacramento, CA 95864 | Sacramento | 292-0100-004-0000 |
| 2. 2414 28th St., Sacramento, CA 95834 | Sacramento | 010-0241-012-0000 |
| 3. 7112 Rio Cavado Wy., Elk Grove, CA 95757 | Sacramento | 132-1240-057-0000 |

- 1 -

**[PROPOSED] ORDER ON TRAVELERS' MOTION FOR AMENDED ORDER**

| | | |
|---|---|---|
| 4.   135 Cathcart Ave., Sacramento, CA 95838 | Sacramento | 250-0291-016-0000 |
| 5.   3196 Swallows Nest Dr., Sacramento, CA 95833 | Sacramento | 274-0300-042-0000 |
| 6.   2408 28th St., Sacramento, CA 95818 | Sacramento | 010-0241-011-0000 |
| 7.   2412 Del Paso Rd., Sacramento, CA 95834 | Sacramento | 225-0070-135-0000 |
| 8.   2510 Boatman Ave., W. Sacramento, CA 95691 | Yolo | 067-140-13-1 |

b.      All accounts receivable, chattel paper, and general intangibles held by defendant, in his own name or in the name of the Odister Trust, arising out of the conduct by said defendant of a trade, business or profession, pursuant to California Code of Civil Procedure section 487.010(c)(2).

c.      All equipment, farm products, and inventory of said defendant, in his own name or in the name of the Odister Trust, pursuant to California Code of Civil Procedure section 487.010(c)(3) through (5).

d.      All money judgments that said defendant, in his own name or in the name of the Odister Trust, holds against any other person or entity arising out of the defendant's conduct of a trade, business or profession, pursuant to California Code of Civil Procedure section 487.010(c)(6).

e.      All money of said defendant, in his own name or in the name of the Odister Trust, on the premises where a trade, business or profession is conducted by said defendant except for the first $1,000.00 pursuant to California Code of Civil Procedure section 487.010(c)(7).

f.      All deposit accounts of said defendant, in his own name or in the name of the Odister Trust, to be levied so that an aggregate amount of $1,000.00 in the form of such money and in such accounts remains free from levy pursuant to California Code of Civil Procedure section 487.010(c)(7).

g.      All negotiable documents of title held by defendant, in his own name or in the name of the Odister Trust, pursuant to California Code of Civil Procedure section 487.010(c)(8).

h.      All instruments held by said defendant, in his own name or in the name of the Odister Trust, (including but not limited to checks, promissory notes, and other "instruments"

[PROPOSED] ORDER ON TRAVELERS' MOTION FOR AMENDED ORDER

1    as defined by California Commercial Code section 3104(b), pursuant to California Code of Civil

2    Procedure section 487.010(c)(9).

3              i.    All "securities" held by defendant, in his own name or in the name of the

4    Odister Trust, as defined in California Corporations Code section 25019, pursuant to California

5    Code of Civil Procedure section 487.010(c)(10).

6    IT IS SO ORDERED.

7

8    Date: June 8, 2017 _____

9                                              IT IS SO ORDERED

                                               Judge Joseph C. Spero

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

- 3 -

**[PROPOSED] ORDER ON TRAVELERS' MOTION FOR AMENDED ORDER**