# Exhibit 1

THIS DOCUMENT HAS A RED BACKGROUND - BORDER CONTAINS MICRO PRINTING AND AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW.

**TRAVELERS**

CHECK NUMBER 0001879009
DATE 08/19/2016
FORMAT 390

20-BND-BC6232045 - -0200A-00003  AP

BANK OF AMERICA
USA

FOR PAYMENT INFORMATION PHONE: **SEE BELOW**

51-44/119

PAY  Sixteen thousand three hundred fifty dollars and Zero cents****************

$*******16,350.00*****

PAY
TO THE
ORDER
OF

Scotty Chitwood Ceilings
1255 S. Wells Road
Saticoy CA  93004-1901

*Maria Oliva*
AUTHORIZED SIGNATURE

⑊000187900⑊ ⑊011900445⑊ 000000061233⑊

For Deposit Only
#351.04937S

082516 0048 07540001 0020238 >122238200< PWB

Security Features:
• Stop Pattern
• Blank Check System
• Paper Pen

# Exhibit 2

THIS DOCUMENT HAS A RED BACKGROUND - BORDER CONTAINS MICRO PRINTING AND AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

CHECK NUMBER 0001879249
DATE 08/23/2016
FORMAT 393

**TRAVELERS**

20-BND-BC6236064 -      -0200A-00111 AP

BANK OF AMERICA
USA

FOR PAYMENT INFORMATION PHONE: **SEE BELOW**

51-44/119

PAY  Twenty-four thousand eight hundred five dollars and two   cents*************

$*******24,805.02*****

PAY
TO THE  Parron Hall Office Interio
ORDER  9655 Granite Ridge Drive
OF  Suite 100
SAN DIEGO CA  92123-2697

*Maria Olwo*
AUTHORIZED SIGNATURE

FULL AND FINAL RELEASE

⑈000187924⑈ ⑆011900445⑆ 0000000061233⑈

Pay to the Order of
Banner Bank WA
323371076
For Deposit Only
5920600363
5920600363

# Exhibit 3

THIS DOCUMENT HAS A RED BACKGROUND • BORDER CONTAINS MICRO PRINTING AND AN ARTIFICIAL WATERMARK • HOLD AT AN ANGLE TO VIEW

**TRAVELERS**

CHECK NUMBER **0001879505**
DATE **08/26/2016**
FORMAT 393

20-BND-BC6239065 -        -0200A-00005 AP

BANK OF AMERICA
USA

FOR PAYMENT INFORMATION PHONE: **SEE BELOW**

51-44/119

PAY  Twelve thousand dollars and Zero cents***************************************
*********************************************************************  **$*******12,000.00*****

PAY
TO THE  De La Fuente Construction,
ORDER   121 E. 31st St. Ste C
OF      National City CA  91950-7333

*Maria Olivo*
AUTHORIZED SIGNATURE

**FULL AND FINAL RELEASE**

⑈000l879505⑈ ⑆0ll900445⑆ 00000006l233⑈

16170080080 09/06/16 LAKE FOREST >071925334<

PAY TO THE ORDER OF
HIGHLAND PARK BANK&TRUST
071925334
FOR DEPOSIT ONLY
EMALFARB, SWAN & BAIN
CLIENT TRUST FUND ACCOUNT
7411139375

# Exhibit 4

THIS DOCUMENT HAS A RED BACKGROUND, BORDER CONTAINS MICRO PRINTING AND AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**TRAVELERS**

CHECK NUMBER **0001880541**

DATE **09/09/2016**

FORMAT **393**

00-BND-BC6253045 -        -0200A-00158  AP

BANK OF AMERICA
USA

51-44/119

FOR PAYMENT INFORMATION PHONE: **SEE BELOW**

PAY  Fifteen thousand one hundred twentydollars and Zero cents******************

$*******15,120.00*****

PAY
TO THE
ORDER
OF

Performance Contracting, I
1943 Rutan Drive,
Livermore CA  94551-7646

*Maria Olio*
AUTHORIZED SIGNATURE

**FULL AND FINAL RELEASE**

⑈000ı880541⑈ ⑉011900445⑉ 000000061233⑈              ⑊0001512000⑊

CREDIT PAYEE-UMB NA >101000695< 09-19-2016

Security Features:

Results of check alteration

List of below are the security features of this document.
Absence of these features, if these features are absent, DO NOT CASH

# Exhibit 5



THIS DOCUMENT HAS A RED BACKGROUND - BORDER CONTAINS MICRO PRINTING AND AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

TRAVELERS

CHECK NUMBER 0001880633

DATE 09/12/2016

FORMAT 390

20-BND-BC6256043 -        -0200A-00007  AP

BANK OF AMERICA
USA
51-44/119

FOR PAYMENT INFORMATION PHONE:  SEE BELOW

PAY  Eighty-seven thousand three hundred twenty dollars and ninety-three cents**

$*******87,320.93*****

PAY
TO THE
ORDER
OF

SIRA Contractors Corporati
7 East Main Street, Suite C
WINTERS CA  95694-1787

*Maria Olivo*
AUTHORIZED SIGNATURE

⑈'0001880633⑈ ⑆011900445⑆ 000000061233⑈'

ACCT # 026 915 769

# Exhibit 6

THIS DOCUMENT HAS A RED BACKGROUND - BORDER CONTAINS MICRO PRINTING AND AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

CHECK NUMBER 0001880591

DATE 09/12/2016

FORMAT 393

**TRAVELERS**

00-BND-BC6256027 -        -0200A-00184  AP

FOR PAYMENT INFORMATION PHONE  **SEE BELOW**

BANK OF AMERICA
USA

51-44/119

PAY  Sixty-four thousand eight hundred seventy-five dollars and Zero cents******
     ****************************************************************

$*******64,875.00*****

PAY
TO THE
ORDER
OF

California Cabinet & Store
8472 Carbide Ct.
Sacramento CA  95828-5609

*Maria Olive*
AUTHORIZED SIGNATURE

**FULL AND FINAL RELEASE**

⑈000⑆880591⑈ ⑆0⑆⑆900445⑆ 00000006⑆233⑈

Pay to the order of
221020⑆
Five S CALIFORNIA CABINET & STORE
12114303⑆ FIXTURE, INC.
⑆05⑆6⑆49   PAY TO THE ORDER OF
FIVE STAR BANK
FOR DEPOSIT ONLY
CALIFORNIA CABINET & STORE
FIXTURE, INC.
221020⑆
Cal Cabinet Store Fixture, Inc.

# Exhibit 7

THIS DOCUMENT HAS A RED BACKGROUND • BORDER CONTAINS MICRO PRINTING AND AN ARTIFICIAL WATERMARK • HOLD AT AN ANGLE TO VIEW

CHECK NUMBER 0001881166

DATE 09/19/2016

FORMAT 393

**TRAVELERS**

00-BND-BC6263023 -        -0200A-00206   AP

BANK OF AMERICA
USA

FOR PAYMENT INFORMATION PHONE: **SEE BELOW**                  51-44/119

PAY    Twenty-three thousand five hundred fifty-six dollars and forty  cents*******

$*******23,556.40*****

PAY
TO THE
ORDER
OF

Shadowcrest Roofing, Inc.
285 Pawnee Street,
Suite C
San Marcos CA  92078-2458

*Maria Olero*
AUTHORIZED SIGNATURE

**FULL AND FINAL RELEASE**

⑆000⑆88⑆⑆66⑈ ⑇0⑆⑆900445⑇ 00000006⑆233⑈

PAY TO THE ORDER OF
UNION BANK OF CALIFORNIA
FALLBROOK, CA  92028
▼ 122000496 ◄
FOR DEPOSIT ONLY
SHADOWCREST ROOFING, INC.
0810466656