UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| Case No.: 16-cv-00518-JCS | Case Name: Travelers Casualty and Surety Company of America v. K.O.O. Construction, Inc., |
|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: June 8, 2018   Time: 21 M |

**Attorney for Plaintiff:** Edward Stepans (CourtCall)
**Attorney for Defendant:** Arthur Woodward (CourtCall)

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

## PROCEEDINGS

1. Further Case Management Conference - Held.

## ORDERED AFTER HEARING

Parties shall file a case management conference statement on July 13, 2018, setting forth the triable issues and details of facts to prove claims for trial.

**NOTES:**

**CASE CONTINUED TO:**   07/20/18 at 2:00 PM for a further case management conference. Parties may appear by phone.

**REFERRALS:**

[ ] Case is referred to private mediation to occur by          .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for a SETTLEMENT CONFERENCE to occur within days or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Motions Hearing & Daubert Motions:**      at 2:00 PM
**Pretrial Conference:** 09/28/18 at 2:00 PM
**Trial: 10/9/18 a**t**11:00 AM for 3 days   [ ]   Jury   [X]   Court**

**Order to be prepared by:**
[ ]  Plaintiff         [ ]  Defendant         [X]  Court
**cc:**