UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**CIVIL MINUTE ORDER**

| **Case No.:** 16-cv-00518-JCS | **Case Name:** Travelers Casualty and Surety Company of America v. K.O.O. Construction, Inc., | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: July 20, 2018 | **Time:** 19 M |

**Attorney for Plaintiff:** Michael Timpane (T)*
**Attorney for Defendant:** Arthur Woodward (T)*

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** Not Reported

**PROCEEDINGS**

1. Further Case Management Conference - HELD.

**ORDERED AFTER HEARING**

Detailed proposed joint trial plan due by end of day Thursday, 7/26/2018, about each of the claims or defenses that are going to be tried. This plan shall include the following: 1) summary of the law that applies to each of those;  2) summary of the facts that the parties think are relevant to each of them.

**CASE CONTINUED TO:** 7/27/2018 at 2:00 PM for a further case management conference.

**NOTES:**

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Deadline to File Dispositive Motions:**

**Motions Hearing & Daubert Motions:**            at 9:30 AM
**Pretrial Conference:**            at 2:00 PM
**Trial:**            at **8:30 AM for**        days     [ ]  **Jury**  [ ]  **Court**

**Order to be prepared by:**
[ ]  Plaintiff        [ ]  Defendant        [ ]  Court
**cc:**
*(T) = Telephonic Appearance