EXHIBIT A

**Client History**

Client: KOO Construction.Travelers   C026-002

Months | Quarters | Years | To Date

| | Prior | 2016 | 2017 | 2018 | ITD |
|---|---|---|---|---|---|
| Billable Hours | 0.00 | 83.55 | 270.70 | 151.10 | 505.35 |
| Unbillable Hours | 0.00 | 0.00 | 0.00 | 0.60 | 0.60 |
| Total Hours | 0.00 | 83.55 | 270.70 | 151.70 | 505.95 |
| % Billable Hours | 0.00 | 100.00 | 100.00 | 99.60 | 99.88 |
| Actual Fees | 0.00 | 34316.62 | 106781.00 | 56734.50 | 197832.12 |
| Billable Fees | 0.00 | 34316.62 | 106781.00 | 56734.50 | 197832.12 |
| Unbillable Fees | 0.00 | 0.00 | 0.00 | 237.00 | 237.00 |
| Total Slip Fees | 0.00 | 34316.62 | 106781.00 | 56971.50 | 198069.12 |
| % Billable Fees | 0.00 | 100.00 | 100.00 | 99.58 | 99.88 |
| Profitability Fees | 0.00 | 0.00 | 0.00 | -237.00 | -237.00 |
| % Profitability Fees | 0.00 | 0.00 | 0.00 | -0.42 | -0.12 |
| Actual Costs | 0.00 | 58.76 | 680.92 | 2366.46 | 3106.14 |
| Billable Costs | 0.00 | 58.76 | 680.92 | 2366.46 | 3106.14 |
| Unbillable Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Slip Costs | 0.00 | 58.76 | 680.92 | 2366.46 | 3106.14 |
| % Billable Costs | 0.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Profitability Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| % Profitability Costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Billable Fees & Costs | 0.00 | 34375.38 | 107461.92 | 59100.96 | 200938.26 |
| Unbillable Fees & Costs | 0.00 | 0.00 | 0.00 | 237.00 | 237.00 |
| Actual Fees & Costs | 0.00 | 34375.38 | 107461.92 | 59100.96 | 200938.26 |