Michael J. Timpane (SBN 115238)
Edward R. Stepans (SBN 154233)
**SMTD LAW LLP**
1999 Harrison Street, Suite 660
Oakland, California 94612-3584
(510) 907-3245
(510) 285-6052 (f)
mt@smtdlaw.com; es@smtdlaw.com

Attorneys for Plaintiff
Travelers Casualty and Surety Company of America

Arthur G. Woodward (SBN 142914)
**REYNOLDS MADDUX WOODWARD LLP**
500 Auburn Folsom Road, Suite 210
Auburn, CA 95603
(530) 885-8500
(530) 885-8113 (f)
awoodward@rmwlawllp.com

Attorneys for Defendants
K.O.O. Construction, Inc. and Keith Odister

**GRANTED**
Judge Joseph C. Spero
Date: 11/9/18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>K.O.O. CONSTRUCTION, INC., a California corporation; and KEITH ODISTER, an individual, inclusive,<br><br>Defendants. | Case No. 316-CV-00518-JCS<br><br>**STIPULATION AND REQUEST TO EXTEND TIME TO FILE STIPULATION OR ADMINISTRATIVE MOTION FOR ENTRY OF JUDGMENT**<br><br>(Civil Local Rule 7-11) |

On November 5, 2018, this Court entered an order on the parties' stipulation that a stipulation or an administrative motion for entry of judgment would be filed by November 8, 2018. (Dkt. No. 225.) The undersigned counsel have been working on a stipulation in lieu of such an administrative motion as required by

1 Civil Local Rule 7-11(a), but disagreements remain on its contents, particularly with regard to prejudgment interest. While significant progress has been made in closing the gap between the parties' respective positions, the parties did not reach an agreement as to the language of stipulation to enter judgment as of the date of the filing of this document.

The parties have made sincere good-faith efforts to agree upon the terms of a stipulated judgment. Undersigned counsel believe that further negotiations in the next week may allow the parties to come to an agreement on the total amount and terms of a stipulated judgment, thus sparing the Court the burden of considering a motion on entry of judgment. The parties therefore respectfully request that this Court give them another week to try to agree to the terms of a stipulated judgment, with the parties' stipulation or an administrative motion being filed on or before November 15, 2018.

Dated: November 8, 2018  **SMTD LAW LLP**

By:/s/ *Edward R, Stepans*
Michael Timpane
Edward R. Stepans
Attorneys for Plaintiff
TRAVELERS CASUALTY AND
SURETY COMPANY OF
AMERICA

Dated: November 8, 2018  **REYNOLDS MADDUX WOODWARD LLP**

By: /s/ *Arthur G. Woodward*
Arthur G. Woodward
Attorneys for
Defendants/Counterclaimants
K.O.O. CONSTRUCTION, INC.
AND KEITH ODISTER

STIPULATION AND REQUEST TO EXTEND TIME TO FILE STIPULATION OR ADMINISTRATIVE MOTION FOR ENTRY OF JUDGMENT