Michael J. Timpane (SBN 115238)
Edward R. Stepans (SBN 154233)
**SMTD LAW LLP**
1999 Harrison Street, Suite 660
Oakland, California 94612-3584
(510) 907-3245
(510) 285-6052 (f)
mt@smtdlaw.com; es@smtdlaw.com

Attorneys for Plaintiff
Travelers Casualty and Surety Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>K.O.O. CONSTRUCTION, INC., a California corporation; and KEITH ODISTER, an individual, inclusive,<br><br>   Defendants. | Case No.  3:16-CV-00518-JCS<br><br>**[PROPOSED] ORDER RE TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S ADMINISTRATIVE MOTION FOR ENTRY OF JUDGMENT** |

/ / /

/ / /

/ / /

Having reviewed all papers submitted in favor of and opposing the motion for entry of judgment, and good cause appearing, this Court hereby orders that judgment be entered in favor of plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and jointly and severally against defendants K.O.O. CONSTRUCTION, INC. and KEITH ODISTER in the amount of **$5,605,515.66**.

Dated: December 6, 2018

_____
CHIEF MAGISTRATE JUDGE
JOSEPH C. SPERO

- 1 -

**[PROPOSED] ORDER RE TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S ADMINISTRATIVE MOTION FOR ENTRY OF JUDGMENT**

SMTD LAW LLP
A LIMITED LIABILITY PARTNERSHIP

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **[Proposed] Order Re Travelers Casualty and Surety Company of America's Administrative Motion for Entry of Judgment** was served on November 15, 2018 via the Court's CM/ECF system, to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those who are non-registered participants (if any).

/s/   Linda Gray
Linda Gray

SMTD Law LLP
A LIMITED LIABILITY PARTNERSHIP

- 2 -

**[PROPOSED] ORDER RE TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S ADMINISTRATIVE MOTION FOR ENTRY OF JUDGMENT**